# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| vs.   4:05CR00327-002   SWW | |
| KORRINE ALAN JAMES | DEFENDANT |

### ORDER

Pending before the Court is the defendant's motion to continue the June 19, 2013 hearing on the government's motion to revoke the supervision of above-named defendant until the pending charges in 4:12CR00112-001 BSM are resolved.

IT IS SO ORDERED that the defendant's motion to continue the revocation hearing [doc #171] is granted and the revocation hearing is rescheduled in Courtroom #389 on **WEDNESDAY, OCTOBER 2, 2013 at 1:00 p.m.**

IT IS SO ORDERED this 13th day of June 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE