# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                           NO. 4:05CR00327-002 SWW

KORRINE ALAN JAMES                                                    DEFENDANT

## **ORDER**

Pending before the Court is the government's motion to dismiss the revocation petition against the above named defendant in this matter. For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the government's motion to dismiss the pending petition to revoke supervised release [doc #176] is **granted**. The motion to revoke probation [doc #162] is **denied as moot** and the hearing previously scheduled November 15, 2013 at 1:00 p.m. is canceled.

DATED this 4th day of November 2013.

/s/Susan Webber Wright
United States District Judge